## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV10315                                                                                       Purchased/Filed:

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B, Industry Advancement and Legal Services Funds and the Westchester Teamsters Local     Plaintiff

against

McNamee Construction Corp.                                                                               Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 26, 2007_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 Statement and Complaint on

_____McNamee Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__    Approx. Wt: __116__    Approx. Ht: __5'__
Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__28th__ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice-Work Order # SP0709823

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179